IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>       v.                                                 )<br>                                                              )<br>KENNETH L. SINGLETON, individually and  )<br>doing business as, KENNETH L.        )<br>SINGLETON, ATTORNEY,            )<br>                                                              )<br>           Defendant.                            )<br>_____)  | Case No. 2:26-cv-00141 |

## COMPLAINT

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to reduce to judgment assessments made against Kenneth L. Singleton—both individually and as the sole proprietor of "Kenneth L. Singleton, Attorney"—for unpaid federal income and employment taxes, including penalties and other statutory additions, for years 2013–2022.

## PARTIES

1.   Plaintiff is the United States of America.

2.   Defendant Kenneth L. Singleton ("Singleton") resides in Virginia Beach, Virginia in this judicial district.  Singleton is identified as a defendant both individually and as the sole proprietor of "Kenneth L. Singleton, Attorney."  "Kenneth L. Singleton, Attorney" runs a law office offering personal-injury and other legal services, and which has a principal place of business in Virigina Beach, Virginia.

## JURISDICTION & VENUE

3. Jurisdiction over this action is conferred upon this Court pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1396 because Singleton resides, and the tax liabilities accrued, within this judicial district.

## FACTS

5. On January 14, 2015, Singleton filed a Chapter 11 bankruptcy petition. The petition was assigned Case Number 15-70115-SCS.

6. Singleton was dismissed from that bankruptcy on October 15, 2015.

7. On December 10, 2015, Singleton filed a second Chapter 11 bankruptcy petition. The petition was assigned Case Number 15-74254-SCS.

8. Singleton was dismissed from the second bankruptcy case on December 29, 2015.

## <u>COUNT I</u>
### Reduce Federal Income Tax Assessments against Singleton to Judgment

9. The United States incorporates by reference the allegations set forth in Paragraphs 1 through 8 above.

10. A delegate of the Secretary of the Treasury made assessments against Singleton for his unpaid federal income tax liabilities as follows:

| Tax Period Ending | Tax Form | Date of Assessment | Amount of Assessment | Outstanding Balance (as of December 22, 2025) |
|---|---|---|---|---|
| 12/31/2013 | 1040 | 11/17/2014 | $30,071.00 | $57,593.06 |
| 12/31/2014 | 1040 | 6/20/2016 | $23,837.00 | $59,922.35 |
| 12/31/2015 | 1040 | 7/4/2016 | $27,104.00 | $60,369.70 |
| 12/31/2018 | 1040 | 1/13/2020 | $21,758.00 | $46,001.49 |
| 12/31/2019 | 1040 | 8/30/2021 | $20,828.00 | $35,820.71 |
| 12/31/2020 | 1040 | 3/7/2022 | $38,206.00 | $61,052.08 |
| 12/31/2021 | 1040 | 6/6/2022 | $47,020.93 | $68,392.34 |
| 12/31/2022 | 1040 | 6/5/2023 | $45,559.00 | $68,228.81 |

| | |
|---|---:|
| **Total Balance Outstanding** | **$457,380.54** |

11. Proper and timely notice and demand for payment of the tax assessments described in Paragraph 10 were given to Singleton.

12. Singleton has failed to pay the assessed tax liabilities described in Paragraph 10.

13. Though the collection statutory expiration deadline ("CSED") is normally ten years, the CSEDs for the periods listed in Paragraph 10 have been extended pursuant to 26 U.S.C. § 6503(h)(2) due to Singleton's two bankruptcy filings, discussed in Paragraphs 5–8, above.

14. Statutory additions, penalties, and interest have accrued and will continue to accrue on the unpaid balance of the tax liability described in Paragraph 10.

15. Singleton remains indebted to the United States for the tax liabilities described in Paragraph 10 in the amount of $457,380.54 as of December 22, 2025, plus statutory additions and interest accruing after that date until full payment.

## COUNT II
### Reduce Federal Employment Tax Assessments against Singleton to Judgment

16. The United States incorporates by reference the allegations set forth in Paragraphs 1 through 8 above.

17. A delegate of the Secretary of the Treasury made assessments against Singleton as sole proprietor of "Kenneth Singleton, Attorney" for his unpaid federal employment tax liabilities as follows:

| Tax Period Ending | Tax Form | Date of Assessment | Amount of Assessment | Outstanding Balance (as of December 22, 2025) |
|---|---|---|---|---|
| 6/30/2014 | 941 | 9/29/2014 | $2,691.85 | $2,677.24 |
| 9/30/2014 | 941 | 12/15/2014 | $2,307.30 | $1,641.21 |
| 12/31/2014 | 941 | 3/23/2015 | $2,691.85 | $4,282.24 |
| 3/31/2015 | 941 | 6/29/2015 | $2,300.34 | $4,873.70 |

| | | | | |
|---|---|---|---|---|
| 6/30/2015 | 941 | 9/14/2015 | $2,683.73 | $5,620.37 |
| 9/30/2015 | 941 | 12/14/2015 | $2,300.34 | $1,607.12 |
| 12/31/2015 | 941 | 4/4/2016 | $2,683.73 | $1,578.57 |
| 3/31/2016 | 941 | 7/11/2016 | $2,298.06 | $4,689.69 |
| 6/30/2016 | 941 | 10/3/2016 | $2,802.27 | $5,663.12 |
| 9/30/2016 | 941 | 1/9/2017 | $2,608.35 | $2,806.50 |
| 12/31/2016 | 941 | 4/3/2017 | $2,134.44 | $4,161.83 |
| 3/31/2017 | 941 | 7/3/2017 | $2,848.02 | $5,498.21 |
| 6/30/2017 | 941 | 10/16/2017 | $2,392.68 | $3,015.11 |
| 9/30/2017 | 941 | 1/8/2018 | $2,799.54 | $5,091.45 |
| 12/31/2017 | 941 | 4/9/2018 | $2,441.16 | $4,476.67 |
| 3/31/2018 | 941 | 7/9/2018 | $2,596.76 | $1,520.15 |
| 6/30/2018 | 941 | 9/24/2018 | $2,244.48 | $1,320.06 |
| 12/31/2018 | 941 | 3/25/2019 | $2,237.88 | $3,196.99 |
| 3/31/2019 | 941 | 6/17/2019 | $2,879.49 | $5,025.92 |
| 6/30/2019 | 941 | 10/7/2019 | $2,611.14 | $5,020.15 |
| 9/30/2019 | 941 | 1/13/2020 | $2,558.55 | $4,837.17 |
| 12/31/2019 | 941 | 3/30/2020 | $2,329.74 | $3,836.59 |
| 3/31/2020 | 941 | 10/19/2020 | $2,965.86 | $4,854.24 |
| 12/31/2021 | 941 | 4/4/2022 | $3,039.26 | $5,321.77 |
| 12/31/2019 | 940 | 4/20/2020 | $42.00 | $69.26 |
| **Total Balance Outstanding** | | | | **$92,685.33** |

18. Proper and timely notice and demand for payment of the tax assessments described in Paragraph 17 were given to Singleton.

19. Singleton has failed to pay the assessed tax liabilities described in Paragraph 17.

20. Though the normal CSED is ten years, the CSEDs for periods listed in Paragraph 17 have been extended pursuant to 26 U.S.C. § 6503(h)(2) due to Singleton's two bankruptcy filings, discussed in Paragraphs 5–8, above.

21. Statutory additions, penalties, and interest have accrued and will continue to accrue on the unpaid balance of the tax liability described in Paragraph 17.

22. Singleton remains indebted to the United States for the tax liabilities described in Paragraph 17 in the amount of $92,685.33 as of December 22, 2025, plus statutory additions and interest accruing after that date until full payment.

WHEREFORE, the United States prays that this Court:

A. Render a judgment in favor of the United States and against Defendant Kenneth L. Singleton for his 2013–2015 and 2018–2022 federal income tax liabilities as set forth in Paragraph 10, above, in the amount of $457,380.54 as of December 22, 2025, plus statutory additions, including interest, accruing after that date;

B. Render a judgment in favor of the United States and against Defendant Kenneth L. Singleton for his 2014–2021 federal employment tax liabilities as set forth in Paragraph 17, above, in the amount of $92,685.33 as of December 22, 2025, plus statutory additions, including interest, accruing after that date;

C. Award to the United States its costs of prosecuting this action; and

D. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

Date: February 9, 2026

/s/ Adam S. Domitz
ADAM S. DOMITZ (NY # 6213896)
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel.: (202) 307-2007
Fax: (202) 514-6866
Adam.S.Domitz@usdoj.gov

*Counsel for the United States of America*

5

|  |  |
|---|---|
|  | TODD W. BLANCHE<br>Deputy Attorney General |
| Date: February 9, 2026 | */s/ Gerard Mene*<br>GERARD MENE<br>Assistant U.S. Attorney<br>Counsel for the United States<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Tel.: (703) 299-3777<br>Fax: (703) 299-3983<br>Gerard.Mene@usdoj.gov<br><br>*Local Counsel Pursuant to L.R. 57.4(D)(2)* |