IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

     Plaintiff,

     v.                                          Case No. 2:26-cv-141

KENNETH L. SINGLETON,
individually and doing business as,
KENNETH L. SINGLETON,
ATTORNEY,

     Defendant.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on May 22, 2026. Dkt. No. 12.  The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)    The Report and Recommendation (Dkt. No. 12) is ADOPTED as the opinion of this Court;

(2)    Plaintiff's Motion for Default Judgment (Dkt No. 9) is GRANTED;

(3)    Default judgment is ENTERED against Defendant on Count I in the amount of $469,206.91, plus statutory interest accruing from April 6, 2026, until paid;

(4)    Default judgment is ENTERED against Defendant on Count II in the amount of $94,338.36, plus statutory interest accruing from March 30, 2026, until paid.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                    /s/
_____
                    Elizabeth W. Hanes
                    United States District Judge

Norfolk, Virginia
Date: <u>June 9, 2026</u>